**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Georgia Mendoza

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA MENDOZA,<br><br>   Plaintiff,<br><br>v<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | No. SACV 11-1162 PLA<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

    Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

    IT IS ORDERED that the Commissioner shall pay the amount of TWO THOUSAND EIGHT HUNDRED FIFTY DOLLARS and NO CENTS ($2,850.00) for attorney fees and EIGHTY-FIVE DOLLARS and TWENTY-NINE CENTS ($85.29) for costs, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

    Dated: May 17, 2012

                               /s/ Paul L. Abrams
                               _____
                               THE HONORABLE PAUL L. ABRAMS
                               UNITED STATES MAGISTRATE JUDGE